UNITED STATES of America, Plaintiff-Appellee,

v.

Eddie Roosevelt HANDS, Defendant-Appellant.

No. 97-6718.

United States Court of Appeals,

Eleventh Circuit.

Oct. 27, 1999.

Appeal from the United States District Court for the Southern District of Alabama (No. 97-00024-001); Alex T. Howard, Jr., Judge.

ORDER

Motion of the Appellee to strike footnote 31 of the Court's opinion, dated August 18, 1999 [184 F.3d 1322], is GRANTED.